ORDERED.

Dated:  January 14, 2026

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:    Yuniel Thondique Diaz          Case No.: 8:25-bk-09016-CPM
                                         Chapter 7

_____Debtor_____/

# ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO AMEND[2] VOLUNTARY PETITION

This matter came before the court on Debtor's Ex-Parte Motion to Amend the Voluntary Petition [ECF#12]. The court having reviewed said motion hereby

ORDERS:

1. Debtor's Ex-Parte Motion to Amend Voluntary Petition is **GRANTED**.

2. The Voluntary Petition is hereby amended to reflect the Debtor's proper residential address at the time of the filing of the bankruptcy petition to: **3140 NW 2nd Street. Miami, Florida 33125.**

3. The Petition shall be amended to reflect the Debtor's proper residential address at the time of filing the Debtor's bankruptcy petition on November 30, 2025.

###

Respectfully Submitted: Jose A. Blanco, Esq., JOSE A. BLANCO, P.A., By: Jose A. Blanco, FBN: 062449, 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463

Attorney Jose A. Blanco, Esq. shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.

---

[2] This Motion is to amend the correct residential address of the Debtor.