**[8ogmtc]** [ORDER GRANTING MOTION TO TRANSFER CASE]

ORDERED.

Dated: February 02, 2026

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  

Yuniel Thondique Diaz
aka Yuniel Thondique

_____Debtor*_____/

Case No.
8:25−bk−09016−CPM
Chapter 7

ORDER GRANTING MOTION TO TRANSFER CASE

THIS CASE came on for consideration on the Motion to Transfer the Case to the Southern District of Florida , Miami Division filed by Debtor, Yuniel Thondique Diaz . The Court has considered the motion, together with the record, and finds that the motion should be granted. Accordingly, it is

ORDERED:

1. The motion is granted, and this case is transferred to the U.S. Bankruptcy Court for the Southern District of Florida , Miami Division.

2. The trustee is discharged from his/her duties with regard to the above named bankruptcy.

3. All hearings or meetings scheduled before this Court regarding this case are hereby cancelled.

The movant's attorney is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.